

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00159-CV

## IN THE INTEREST OF J.W., A CHILD,

**From the 18th District Court
Johnson County, Texas
Trial Court No. D200905258**

## MEMORANDUM  OPINION

We abated this appeal for a hearing in the trial court to determine, among other things, if Appellant had abandoned this appeal.  The hearing was held on January 31, 2011, and the reporter's record from the hearing reflects that Appellant did not attend the hearing.  The trial court entered an order finding that Appellant has abandoned this appeal.

In a letter dated February 15, 2011, the Clerk of this Court notified Appellant that, unless he filed a response showing grounds for continuing this appeal within ten days, this appeal would be dismissed for want of prosecution.  Appellant has not responded.  Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b).

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed March 16, 2011
[CV06]